# William Case, Appellant, *v.* Delaware, Lackawanna & Western Railroad Company.

Argued April 12, 1899. Appeal, No. 137, Jan. T., 1899, by plaintiff, from judgment of C. P. Columbia Co., Feb. T., 1895, No. 57, on verdict for defendant. Before STERRETT, C. J., GREEN, MITCHELL, DEAN and FELL, JJ. Reversed.

OPINION BY MR. CHIEF JUSTICE STERRETT, May 15, 1899:
This appeal was heard and considered in connection with

No. 136, January term, 1899, Martha A. Case v. same defendant, ante, p. 450, in which an opinion has just been filed reversing the judgment of the court below and ordering a new trial. Both cases involve the same questions of fact, etc.; and for reasons given in the opinion referred to, the judgment in this case is reversed and a venire facias de novo is awarded.